UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    MICHAEL E. FARAH,<br><br>    Debtor. | Case No. 13 B 18552<br><br>Chapter 7 |
| PATRICK S. LAYNG,<br>UNITED STATES TRUSTEE,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL FARAH,<br><br>    Defendant. | Case No. 14 AP 00767 |

### ORDER REVOKING DISCHARGE

For the reasons stated on the record, judgment on the complaint is entered in favor of the plaintiff. The discharge granted to the debtor on February 24, 2014, is revoked, pursuant to 11 U.S.C. § 727(d)(1).

Dated: April 15, 2015

Eugene R. Wedoff
United States Bankruptcy Judge