Form dschntc

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 13–18552
Chapter: 7
Judge: Eugene R. Wedoff

In Re:
  Michael E Farah
  2043 Oakwood
  Northbrook, IL 60062

Social Security / Individual Taxpayer ID No.:
  xxx–xx–8046

Employer Tax ID / Other nos.:

---

**Notice of Denied, Vacated, Waived, or Revoked Discharge**

On April 15, 2015, the Court signed an order:

- ○ Vacating the Discharge
- ○ Denying the Discharge
- ⦿ Revoking the Discharge
- ○ Approving the Waiver of the Discharge

FOR THE COURT

Dated: April 16, 2015

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court