IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 13-18552 |
| | ) | |
| MICHAEL E. FARAH, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | Hearing Date:  August 18, 2015 |
| | ) | Hearing Time:  10:00 a.m. |
| | ) | Courtroom:     744 |

**COVER SHEET FOR FIRST AND FINAL APPLICATION OF
FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND EXPENSES**

Name of Applicant:　　　　　　　FrankGecker, LLP

Authorized to Provide　　　　　　Miriam R. Stein, Chapter 7 Trustee of the Estate of
Professional Services to:　　　　 Michael E. Farah

Period for Which　　　　　　　　November 1, 2013 through April 30, 2015
Compensation is Sought:

Amount of Fees Sought:　　　　　$　　10,350.00

Amount of Expense　　　　　　　$　　　144.13
Reimbursement Sought:

This is a:　　　　　　　　　　　　First and Final Application

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00.

{STEIN/FARAH/00042445.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 13-18552 |
| | ) | |
| MICHAEL E. FARAH, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | Hearing Date:  August 18, 2015 |
| | ) | Hearing Time:  10:00 a.m. |
| | ) | Courtroom:      744 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **August 18, 2015**, at **10:00 a.m.**, we shall appear before the Honorable Eugene R. Wedoff, or such other judge as may be sitting in his stead, in Courtroom 744 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **First and Final Application of FrankGecker LLP as Counsel to Miriam R. Stein, Chapter 7 Trustee of the Bankruptcy Estate of MICHAEL E. FARAH, for Compensation and Reimbursement of Expenses** which was previously served upon you.

Dated: July 15, 2015

                                              Respectfully submitted,

                                              MIRIAM R. STEIN, not individually but as
                                              Chapter 7 Trustee of the bankruptcy estate of
                                              MICHAEL E. FARAH

                                              By:_____/s/_____Micah R. Krohn_____

Micah R. Krohn (ARDC 6217264)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
mkrohn@fgllp.com

{STEIN/FARAH/00042445.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 13-18552 |
| | ) | |
| MICHAEL E. FARAH, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Honorable Eugene R. Wedoff |
| | ) | |

**FIRST AND FINAL FEE APPLICATION OF FRANKGECKER LLP
AS COUNSEL TO MIRIAM R. STEIN, CHAPTER 7 TRUSTEE OF
THE BANKRUPTCY ESTATE OF MICHAEL E. FARAH
<u>FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

FrankGecker LLP, counsel to Miriam R. Stein, the Chapter 7 Trustee (the "Trustee") of the estate of MICHAEL E. FARAH, (the "Debtor"), hereby submits this first and final fee application (the "Application") pursuant to 11 U.S.C. §§330, 331 and 507(a)(1) seeking compensation totaling $10,350.00 for legal services performed as counsel to the Trustee during the period of November 1, 2013 through and including April 30, 2015 (the "Application Period") and reimbursement of expenses totaling $144.13 incurred in connection with those services. In support of the Application, FrankGecker LLP respectfully represents as follows:

### INTRODUCTION

1. On April 30, 2013 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Title 11 of the U.S. Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Case").

2. Miriam R. Stein ("Trustee") is the duly appointed and qualified Chapter 7 Trustee of the Debtor.

3. On January 7 2014, this Court entered an order authorizing the Trustee to retain FG and Mr. Zielinski as her counsel retroactive to November 1, 2013.

4. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

5. The Section 341 meeting of creditors was held on June 24, 2013 and was continued twice. The Debtor was examined on the second continued Section 341 meeting of creditors held on August 16, 2013 (the "341 Meeting").

6. One of the scheduled assets consisted of undeveloped real estate located on Maple Street in Marengo, Illinois (the "Real Estate") held in Land Trust No. 3582 at State Bank of Woodstock (the "Land Trust") and unencumbered by a mortgage.

7. After further investigation, FG discovered that on or about May 10, 1983, Lottie D. Franks transferred the Real Estate to the Debtor and Ariel Faith who were not of legal capacity in 1983 and in 1987. Judith Farah altered the Land Trust to include Yael Farah as an additional beneficiary owner.

8. As of April 24, 1987, the Debtor, Yael Farah and Ariel Farah each held a one-third interest in the Land Trust.

9. As of the Petition Date, the Land Trust held the Real Estate which consisted of approximately 35 acres of undeveloped land, which the Debtor was a one-third owner.

10. Since the Trustee's appointment, with the assistance of FG, she has taken a variety of actions necessary to administer the Debtor's estate including filing an adversary proceeding seeking authority to sell the Real Estate free and clear of the interests of Yael Farah and Ariel Farah (the "Adversary").

11. On June 25, 2014, this Court entered an order [Docket No. 53] (the "Sale Order") authorizing the sale (the "Sale") of Debtor's one-third interest in the Land Trust to Judith Farah and the Trustee closed the Adversary case.

12. The Sale has since closed the estate received sale proceeds of $40,000.00.

13. This Application seeks allowance of all fees and expenses incurred by FG from November 1, 2013 through and including April 30, 2015. To aid the Court in its review of this Application, the Trustee's counsel has divided this Application into three parts. Part I describes the practical and legal issues encountered by the Trustee's counsel, and actions taken and results obtained by counsel. Part II describes the qualifications and areas of expertise of the Trustee's attorneys. Part III describes the manner in which fees and expenses were calculated by the Trustee's attorneys.

**I.   SERVICES PERFORMED**

**A.   Administration**                                                $1,000.00

FG spent 2.90 hours on issues relating to drafting, filing and appearing in court on Trustee's motion to extend time to object to Debtor's discharge; preparing memoranda to the Trustee regarding status of the case and potential tax issues; and drafting and filing a report of sale.

**B.   Adversary Proceeding**                                           4,862.00

FG spent 13.00 hours relating to drafting and filing an adversary complaint to sell the jointly owned real estate; appearing in Court on the status hearing of the adversary case; and negotiating a settlement to sell the Land Trust to Judith Farah.

**C.   Retention of Professionals/Fee Applications**                    $1,515.00

FG spent 6.80 hours relating to drafting, filing and appearing in court to employ Trustee's counsel and accountant. Within this matter, FG spent 2.30 hours reviewing time and billing invoices and preparing this first and final fee application at a cost of $402.50, which is approximately 3.9% of the fees sought in this final fee application.

{STEIN/FARAH/00042445.DOC/}                  3

| | | |
|---|---|---|
| D. | Sale of Land Trust | $2,973.00 |

FG spent 8.00 hours relating to the real estate located on Maple Street in Marengo, Illinois 1184.

## II. ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE

A.  Jeremy C. Kleinman (JCK) is a bankruptcy associate at FG. Mr. Kleinman graduated from the University of Michigan Law School in 1999 and served as law clerk to the Honorable John D. Schwartz.

B.  Zane L. Zielinski (ZLZ) was an associate at FrankGecker LLP. Mr. Zielinski is a 2002 graduate of Chicago-Kent College of Law, where he was a member of the Editorial Board of the Chicago-Kent Law Review and was elected to the Order of the Coif. Mr. Zielinski specializes in bankruptcy law and has represented trustees, debtors and creditors in bankruptcy cases.

C.  Christina S. Smith (CSS) is a bankruptcy paralegal at FrankGecker. Ms. Smith assisted counsel in case research and case administration.

D.  Michael H. Matlock (MHM) is a bankruptcy paralegal at FrankGecker LLP. Mr. Matlock is a graduate of the University of Oklahoma. Mr. Matlock has over twenty-five years of bankruptcy experience working on debtor, creditor and trustee representations.

## III. CALCULATION OF TIME AND FEES

This is the Trustee's first and final application for compensation and reimbursement of fees and expenses of FG. This fee application applies to fees and expenses incurred by FG from November 1, 2013 through and including April 30, 2015. All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the Case and were rendered for the benefit of the Trustee and the

Debtor's estate. No agreement or understanding exists between FG and any other person for the sharing of compensation received or to be received in connection with this Case, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibit, FG's attorneys and paralegal have spent a total of **30.70** hours providing necessary legal services for the Trustee. The compensation requested in this application is **$10,350.00** for actual, necessary legal services performed **(Exhibit A)**. The average hourly rate is **$337.13**. In addition, FG has expended the sum of **$144.13** for actual necessary expenses incurred in representing the Trustee. FG has voluntarily written off all expenses related to fax and copying charges, only charging for off-site copying charges when incurred.

In preparing this fee application, FG has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee. The data used came directly from computer printouts of data which is kept by FrankGecker LLP on each of its clients. The hourly rates charged are at a reduced rate in order to allow a distribution to the claimants in this Case. FG worked to avoid any duplication of effort, and in instances where more than one attorney billed for a project, there was a need for multiple attorneys' involvement or the time of one of the attorneys was voluntarily written off.

To aid the Court in its review of this material, FG has prepared its time exhibits by topic as presented in the attached **Exhibit A**. For purposes of this Application, counsel has used categories. Most of these categories are substantive. The time entries cover all work performed by FG regardless of whether it was office conferences, telephone conferences, research or some other type of work.

FG does not bill its clients or seek compensation in this fee application for its overhead expenses, including word processing, computer research charges, fax charges, phone charges or secretarial overtime, instead, such expenses are factored into FG's normal and customary rate.

No compensation has been promised to FG, other than as disclosed or approved by this Court. FG certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the amount of its fees with any party except the Trustee. Finally, FG represents that it is and remains a disinterested party and does not hold any relationship adverse to the estate.

WHEREFORE, FrankGecker LLP respectfully requests that this Court enter an Order:

A. Allowing FrankGecker LLP compensation for actual, necessary legal services in the amount of **$10,350.00**;

B. Allowing FrankGecker LLP reimbursement of actual, necessary expenses in the amount of **$144.13**; and

C. Authorizing the Trustee to pay FrankGecker LLP compensation and expense reimbursement in the total amount of **$10,494.13**.

Dated: July 15, 2015

Respectfully submitted,

MIRIAM R. STEIN, not individually but as Chapter 7 Trustee of the bankruptcy estate of MICHAEL E. FARAH

By:___/s/____Micah R. Krohn_____

Micah R. Krohn (ARDC 6217264)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
mkrohn@fgllp.com

{STEIN/FARAH/00042445.DOC/}                6