UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MICHAEL E FARAH § Case No. 13-18552
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Miriam R. Stein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/18/2015 in Courtroom 744 (Judge Wedoff),
Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/15/2015               By: /s/ Miriam R. Stein
                                                                                    Chapter 7 Trustee

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MICHAEL E FARAH § Case No. 13-18552
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 40,000.00 |
| and approved disbursements of | $ | 1,719.43 |
| leaving a balance on hand of[1] | $ | 38,280.57 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 4,750.00 | $ 0.00 | $ 4,750.00 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 10,350.00 | $ 0.00 | $ 10,350.00 |
| Attorney for Trustee Expenses: Frank Gecker LLP | $ 144.13 | $ 0.00 | $ 144.13 |
| Accountant for Trustee Fees: Alan D. Lasko | $ 1,771.30 | $ 0.00 | $ 1,771.30 |
| Accountant for Trustee Expenses: Alan D. Lasko | $ 20.96 | $ 0.00 | $ 20.96 |
| Charges: Clerk of the U. S. Bankruptcy Court | $ 293.00 | $ 0.00 | $ 293.00 |
| Other: RE/MAX Connections, II | $ 500.00 | $ 500.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 17,329.39 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

    Remaining Balance      $      20,951.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 296,752.69 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Illinois Department Of Revenue | $ 296,752.69 | $ 0.00 | $ 20,951.18 |

    Total to be paid to priority creditors      $      20,951.18

    Remaining Balance      $      0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 414,553.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department Of Revenue | $ 1,844.53 | $ 0.00 | $ 0.00 |
| 2U | Illinois Department Of Revenue | $ 31,314.14 | $ 0.00 | $ 0.00 |
| 3 | Sprint Corp | $ 218.55 | $ 0.00 | $ 0.00 |
| 4 | American Infosource Lp As Agent For | $ 833.77 | $ 0.00 | $ 0.00 |
| 5 | Crane Construction | $ 380,342.28 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Miriam R. Stein
Chapter 7 Trustee

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL  60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                                   Case No. 13-18552-ERW
Michael E Farah                                                          Chapter 7
          Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0752-1           User: wepps                 Page 1 of 2                  Date Rcvd: Jul 16, 2015
                               Form ID: pdf006             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2015.
db            +Michael E Farah,    2043 Oakwood,    Northbrook, IL 60062-1219
aty          #+Alan D Lasko,    Alan D Lasko & Associates Pc,    29 South Lasalle Street,
                Chicago, IL 60603-1522
21744042      +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                El Segundo, CA 90245-3504
20476398      +BMW Bank of North America,    Ascension Capital Group Inc,    PO Box 201347,
                Arlington, TX 76006-1347
20427377       Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
20427378      +Chase Bender,    c/o David Frank,    1211 Landwher Rd.,    Northbrook, IL 60062-4352
20427380      +Commercial Collections Inc.,    P.O. Box 250957,    Milwaukee, WI 53225-6518
20427381      +Crane Construction,    c/o CONWAY MROWIEC,    20 S. Clark, #1000,    Chicago, IL 60603-1825
20427382     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court:   Direct TV,     PO Box 9001069,    Louisville, KY 40290-1069)
20427383      +Diversified Adjustment Service,    600 Coon Rapids Blvd.,    Minneapolis, MN 55433-5549
20427384      +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
20427385      +Fiascone Family Ltd.,    c/o Gallo Law Group,    435 W. Erie, Suite 1708,
                Chicago, IL 60654-6986
20427388      +Interscope Pathology Medical Group,    PO Box 6015,    Cypress, CA 90630-0015
20427390      +Orleans Adventures, Inc.,    209 W. Ohio Street,    Chicago, IL 60654-9207
20427391      +Providence Tarzana Medical Center,    PO Box 60918,    Los Angeles, CA 90060-0918
20427393       Quest Diagnostics,    P.O. Box 32145,    Louisville, KY 40290
20427392      +Quest Diagnostics,    PO Box 7400,    Pasadena, CA 91109-7400
20427395      +San Fernando Valley IR and IMG,    PO Box 240086,    Los Angeles, CA 90024-9186
20427396      +South Valley Radiology,    PO Box 645,    Newbury Park, CA 91319-0645
20427398      +Tarzana Emerg Med Assoc,,    PO Box 660640,    Arcadia, CA 91066-0640
20427399      +Wells Fargo Financail Nat Bank,    800 Walnut St F4030-04C,    Des Moines, IA 50309-3891

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20427375       E-mail/PDF: recoverybankruptcy@afninet.com Jul 17 2015 01:00:55      AFNI,    PO Box 3427,
                Bloomington, IL 61702-3427
20427376       E-mail/Text: g20956@att.com Jul 17 2015 00:56:53      AT & T Mobility,    5020 Ash Grove Road,
                Springfield, IL 62711-6329
20427379      +E-mail/Text: legalcollections@comed.com Jul 17 2015 00:57:00      ComEd,
                Customer Correspondence Group,    PO Box 87522,    Chicago, IL 60680-0522
20427386       E-mail/Text: rev.bankruptcy@illinois.gov Jul 17 2015 00:54:36
                Illinois Department of Revenue,    Bankruptcy Section,    100 W. Randolph Street,
                Chicago, IL 60606
21446479       E-mail/Text: rev.bankruptcy@illinois.gov Jul 17 2015 00:54:36
                Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                Chicago, IL 60664-0338
20427389       E-mail/Text: ebn@ltdfin.com Jul 17 2015 00:54:15      LTD Financial Services,
                7322 Southwest Freewau, Suite 1600,    Houston, TX 77074
20427397       E-mail/Text: appebnmailbox@sprint.com Jul 17 2015 00:54:29      Sprint,    6330 Sprint Parkway,
                Overland Park, KS 66251
21496579       E-mail/Text: appebnmailbox@sprint.com Jul 17 2015 00:54:29      Sprint Corp,
                Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Alan D Lasko & Associates PC
22543751*     +BMW Bank of North America,    Ascension Capital Group,    POB 201347,    Arlington, TX 76006-1347
20427387*    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                CHICAGO IL 60664-0338
              (address filed with court:   Illinois Department of Revenue,     P.O. Box 19035,
                Springfield, IL 62794)
20427394     ##+Rudolph Kaplan,    19 S. LaSalle St. Suite 1500,    Chicago, IL 60603-1413
                                                                                  TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1           User: wepps                Page 2 of 2                   Date Rcvd: Jul 16, 2015
                               Form ID: pdf006            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2015                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2015 at the address(es) listed below:
              M. Gretchen Silver    on behalf of Plaintiff Patrick S. Layng ustpregion11.es.ecf@usdoj.gov,
               gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
              M. Gretchen Silver    on behalf of U.S. Trustee Patrick S Layng ustpregion11.es.ecf@usdoj.gov,
               gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
              Miriam R Stein    on behalf of Attorney    FrankGecker LLP mstein@chuhak.com,
               dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com
              Miriam R Stein     mstein@chuhak.com,
               dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com
              Miriam R Stein    on behalf of Trustee Miriam R Stein mstein@chuhak.com,
               dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com
              Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
              Richard G Larsen    on behalf of Defendant Michael E Farah rlarsen@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Sara   Baris    on behalf of Plaintiff Family LLP   Fiascone sbaris@rcmfs.com
              Sara   Baris    on behalf of Creditor Family LLP   Fiascone sbaris@rcmfs.com
              Zane L Zielinski    on behalf of Plaintiff Miriam R Stein zzielinski@wfactorlaw.com,
               nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
                                                                                             TOTAL: 10
```