UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-18552 |
| MICHAEL E. FARAH, | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Eugene Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

THIS MATTER COMING ON TO BE HEARD upon the First and Final Application of FrankGecker LLP For Allowance Of Compensation And Reimbursement Of Expenses; due and proper notice having been given to all unpaid creditors; the Court having heard from all interested parties and being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. FrankGecker LLP is hereby allowed reasonable compensation for actual, necessary legal services in the amount of $10,350.00;

2. FrankGecker LLP is hereby allowed reimbursement of actual, necessary expenses in the amount of $144.13; and

3. Miriam R. Stein, not individually, but as Chapter 7 Trustee of the bankruptcy estate of MICHAEL E. FARAH, is hereby authorized to pay FrankGecker LLP compensation and expense reimbursement in the total amount of $10,494.13.

Enter:

*/s/ Eugene R. Wedoff*

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  August 18, 2015

**Prepared by:**

Micah R. Krohn (ARDC 6217264)
FrankGecker LLP
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.:  (312) 276-1400
Fax:  (312) 276-0035
mkrohn@fgllp.com