UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-18552 |
| | ) | |
| MICHAEL E. FARAH, | ) | Chapter: 7 |
| | ) | Honorable Eugene Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING FIRST AND FINAL APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C. FOR ALLOWANCE OF COMPENSATION AND EXPENSES**

THIS MATTER COMING TO BE HEARD upon the First and Final Application of Alan D. Lasko & Associates, P.C. For Allowance Of Compensation And Reimbursement Of Expenses; due and proper notice having been given; the Court having heard from all interested parties and being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. Alan D. Lasko & Associates, P.C. is hereby allowed reasonable compensation for actual, necessary accounting services in the amount of $1,771.30;

2. Alan D. Lasko & Associates, P.C. is hereby allowed reimbursement of actual, necessary expenses in the amount of $20.96; and

3. Miriam R. Stein, not individually, but as Chapter 7 Trustee of the bankruptcy estate of MICHAEL E. FARAH, is hereby authorized to pay Alan D. Lasko & Associates, P.C. for their reasonable compensation and expenses in the amount of $1,792.26.

Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated: August 18, 2015

**Prepared by:**

Miriam R. Stein (IL ARDC #6238163)
CHUHAK & TECSON
30 South Wacker Drive , Suite 2600
Chicago, Illinois 60606
312.855.9300
312.368.3870 fax
mstein@chuhak.com