UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
                                    §
MICHAEL E FARAH                     §     Case No. 13-18552
                                    §
                                    §
        Debtor                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                          Assets Exempt: 4,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 20,954.79     Claims Discharged
                                                Without Payment: 1,210,555.27

Total Expenses of Administration: 19,049.22

---

   3) Total gross receipts of $ 40,004.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 40,004.01 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 19,049.22 | 19,049.22 | 19,049.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 296,752.69 | 296,752.69 | 20,954.79 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 520,204.10 | 414,553.27 | 414,553.27 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 520,204.10 | $ 730,355.18 | $ 730,355.18 | $ 40,004.01 |

4) This case was originally filed under chapter 7 on 04/30/2013 . The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/27/2015          By:/s/Miriam R. Stein
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Nontransferrable trust set up by Lottir Farah on May 10, 198 | 1129-000 | 40,000.00 |
| Tax Refund from IL. Dept. of Rev. | 1224-000 | 4.01 |
| TOTAL GROSS RECEIPTS | | $40,004.01 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | 2100-000 | NA | 4,750.40 | 4,750.40 | 4,750.40 |
| Miriam R. Stein | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| Associated Bank | 2600-000 | NA | 546.43 | 546.43 | 546.43 |
| Clerk of the U. S. Bankruptcy Court | 2700-000 | NA | 293.00 | 293.00 | 293.00 |
| Illinois Department of Revenue | 2820-000 | NA | 673.00 | 673.00 | 673.00 |
| Frank Gecker LLP | 3210-000 | NA | 10,350.00 | 10,350.00 | 10,350.00 |
| Frank Gecker LLP | 3220-000 | NA | 144.13 | 144.13 | 144.13 |
| Alan D. Lasko | 3410-000 | NA | 1,771.30 | 1,771.30 | 1,771.30 |
| Alan D. Lasko | 3420-000 | NA | 20.96 | 20.96 | 20.96 |
| RE/MAX Connections, II | 3711-000 | NA | 500.00 | 500.00 | 500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 19,049.22 | $ 19,049.22 | $ 19,049.22 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Illinois Department Of Revenue | 5800-000 | NA | 296,752.69 | 296,752.69 | 20,954.79 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 296,752.69 | $ 296,752.69 | $ 20,954.79 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AFNI | | 259.00 | NA | NA | 0.00 |
| | AT & T MOBILITY | | 809.00 | NA | NA | 0.00 |
| | CHASE | | 1,288.73 | NA | NA | 0.00 |
| | CHASE BENDER | | 97,990.00 | NA | NA | 0.00 |
| | COMED | | 103.00 | NA | NA | 0.00 |
| | COMMERCIAL COLLECTIONS INC. | | 0.00 | NA | NA | 0.00 |
| | CRANE CONSTRUCTION | | 380,342.28 | NA | NA | 0.00 |
| | DIRECT TV | | 833.77 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DIVERSIFIED ADJUSTMENTS SERVICE | | 0.00 | NA | NA | 0.00 |
| | EOS CCA | | 0.00 | NA | NA | 0.00 |
| | FIASCONE FAMILY LTD. | | 30,001.00 | NA | NA | 0.00 |
| | INTERSCOPE PATHOLOGY MEDICAL GROUP | | 673.93 | NA | NA | 0.00 |
| | LTD FINANCIAL SERVICES | | 0.00 | NA | NA | 0.00 |
| | ORLEANS ADVENTURES, INC. | | 5,100.00 | NA | NA | 0.00 |
| | PROVIDENCE TARZANA MEDICAL CENTER | | 1,000.00 | NA | NA | 0.00 |
| | QUEST DIAGNOSTICS | | 218.55 | NA | NA | 0.00 |
| | RUDOLPH KAPLAN | | 0.00 | NA | NA | 0.00 |
| | SAN FERNANDO VALLEY IR AND IMG | | 427.57 | NA | NA | 0.00 |
| | SOUTH VALLEY RADIOLOGY | | 123.00 | NA | NA | 0.00 |
| | SPRINT | | 218.55 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TARZANA EMERG MED. ASSOC. | | 752.00 | NA | NA | 0.00 |
| | WELLS FARGO FINANCIAL NATL. BANK | | 63.72 | NA | NA | 0.00 |
| 4 | American Infosource Lp As Agent For | 7100-000 | NA | 833.77 | 833.77 | 0.00 |
| 5 | Crane Construction | 7100-000 | NA | 380,342.28 | 380,342.28 | 0.00 |
| 1 | Illinois Department Of Revenue | 7100-000 | NA | 1,844.53 | 1,844.53 | 0.00 |
| 2U | Illinois Department Of Revenue | 7100-000 | NA | 31,314.14 | 31,314.14 | 0.00 |
| 3 | Sprint Corp | 7100-000 | NA | 218.55 | 218.55 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 520,204.10 | $ 414,553.27 | $ 414,553.27 | $ 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-18552 | ERW | Judge: | Eugene R. Wedoff | | Trustee Name: | Miriam R. Stein |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | MICHAEL E FARAH | | | | | Date Filed (f) or Converted (c): | 04/30/2013 (f) |
| | | | | | | 341(a) Meeting Date: | 06/24/2013 |
| For Period Ending: | 10/27/2015 | | | | | Claims Bar Date: | 10/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Citibank - Checking | 500.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods and Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Misc. Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 5. Nontransferrable trust set up by Lottir Farah on May 10, 198 | Unknown | 0.00 | | 40,000.00 | FA |
| 6. Illinois Drivers License | 0.00 | 0.00 | | 0.00 | FA |
| 7. Tax Refund from IL. Dept. of Rev. (u) | 0.00 | 0.00 | | 4.01 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $4,000.00 | $0.00 | | $40,004.01 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.


Initial Projected Date of Final Report (TFR): 01/15/2015      Current Projected Date of Final Report (TFR): 08/18/2015

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-18552 | | Trustee Name: | Miriam R. Stein |
| Case Name: | MICHAEL E FARAH | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX8655 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1966 | | Blanket Bond (per case limit): | |
| For Period Ending: | 10/27/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/14 | 5 | Franks Gerkin & McKenna PC Clients Trust Account PO Box 5 Marengo, IL 60152 | Sale of Debtor's interest in Michigan property | 1129-000 | $40,000.00 | | $40,000.00 |
| 07/30/14 | 101 | Re/Max Connections II 402 E. Grant Highway Marengo, IL 60152 | Appraisal Fee | 3711-000 | | $0.00 | $40,000.00 |
| 07/30/14 | 101 | Re/Max Connections II 402 E. Grant Highway Marengo, IL 60152 | Appraisal Fee Reversal Didn't include check amount | 3711-000 | | $0.00 | $40,000.00 |
| 07/30/14 | 102 | ReMax Connections II 402 E. Grant Highway Marengo, IL 60152 | Appraisal Fee | 3711-000 | | $500.00 | $39,500.00 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.60 | $39,467.40 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.77 | $39,408.63 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $56.70 | $39,351.93 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.51 | $39,293.42 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $56.53 | $39,236.89 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.33 | $39,178.56 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.25 | $39,120.31 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.53 | $39,067.78 |

Page Subtotals: $40,000.00  $932.22

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-18552  
Case Name: MICHAEL E FARAH  
Taxpayer ID No: XX-XXX1966  
For Period Ending: 10/27/2015  

Trustee Name: Miriam R. Stein  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX8655  
Checking  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.08 | $39,009.70 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $56.13 | $38,953.57 |
| 06/15/15 | 103 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, IL 62794-9053 | Administrative Tax Payment | 2820-000 | | $673.00 | $38,280.57 |
| 08/17/15 | 7 | Treaurer of State of Illinois | Tax Refund | 1224-000 | $4.01 | | $38,284.58 |
| 08/24/15 | 104 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. Reversal Reissuing in two separate checks totaling same amount in the aggregate. No change to total distribution. | 2100-000 | | ($4,750.40) | $43,034.98 |
| 08/24/15 | 104 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $4,750.40 | $38,284.58 |
| 08/24/15 | 105 | Clerk of the U. S. Bankruptcy Court<br>219 S. Dearborn Street<br>Suite 800<br>Chicago, Illinois | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $293.00 | $37,991.58 |
| 08/24/15 | 106 | Frank Gecker LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Distribution | | | $10,494.13 | $27,497.45 |
| | | Frank Gecker LLP | Final distribution representing a payment of 100.00 % per court order. ($10,350.00) | 3210-000 | | | |
| | | Frank Gecker LLP | Final distribution representing a payment of 100.00 % per court order. ($144.13) | 3220-000 | | | |

Page Subtotals: $4.01 $11,574.34

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-18552 | Trustee Name: | Miriam R. Stein |
|---|---|---|---|
| Case Name: | MICHAEL E FARAH | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8655 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1966 | Blanket Bond (per case limit): | |
| For Period Ending: | 10/27/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/24/15 | 107 | Alan D. Lasko<br>Alan D. Lasko & Associates, P.C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606 | Distribution | | | $1,792.26 | $25,705.19 |
| | | Alan D. Lasko | Final distribution representing a payment of 100.00 % per court order.   ($1,771.30) | 3410-000 | | | |
| | | Alan D. Lasko | Final distribution representing a payment of 100.00 % per court order.   ($20.96) | 3420-000 | | | |
| 08/24/15 | 108 | Illinois Department Of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Il 60664-0338 | Final distribution to claim 2 representing a payment of 7.06 % per court order. | 5800-000 | | $20,954.79 | $4,750.40 |
| 08/24/15 | 109 | Miriam Stein | Trustee Compensation | 2100-000 | | $2,000.00 | $2,750.40 |
| 08/24/15 | 110 | Miriam Stein | Trustee Compensation | 2100-000 | | $2,750.40 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $40,004.01 | $40,004.01 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $40,004.01 | $40,004.01 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $40,004.01 | $40,004.01 |

Page Subtotals:                                                                                             $0.00             $27,497.45

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8655 - Checking | $40,004.01 | $40,004.01 | $0.00 |
| | $40,004.01 | $40,004.01 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $40,004.01 |
| Total Gross Receipts: | $40,004.01 |

Page Subtotals:   $0.00   $0.00